NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARLOS TRAMONTANA,                  )
                                    )
           Appellant,               )
                                    )
v.                                  )        Case No. 2D18-2879
                                    )
MTGLQ INVESTORS, L.P.,              )
                                    )
           Appellee.                )
_____ )


Opinion filed May 3, 2019.

Appeal from the Circuit Court for Polk
County; Steven L. Selph, Judge.

Carlos Tramontana, pro se.

Nicole R. Ramirez of eXL Legal, PLLC,
Saint Petersburg, for Appellee.


PER CURIAM.


                Affirmed.


LaROSE, C.J., and VILLANTI and ATKINSON, JJ., Concur.